IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HORACE J. GRIFFIN, )
 )
    Plaintiff, )
 )
v. ) Case No. 3:03-cv-61-DRH
 )
BETSY SPILLER, et al., )
 )
    Defendants. )

**ORDER**

This matter is before the Court on a Motion filed by the Plaintiff, Horace J. Griffin, on November 29, 2005 (Doc. 48). The motion is **MOOT**.

In this motion the Plaintiff indicates that there is often a 3 to 7 day delay in receiving legal mail and there also is a delay in the mailing legal documents to the Court. He does not necessarily seek particular relief but concludes with a prayer that the Court forgive any tardiness on his part. This motion also contains and unsubstantiated allegation that the Defendants are conspiring with others to hinder the Plaintiff's mail. The Plaintiff has not indicated, however, any specific prejudice that has occurred because of any alleged delay in the receipt or mailing of material to and from the Courts. If the Plaintiff seeks additional time to file any documents, he may file a motion to that effect. This Court is fully aware that there may be delays in the mailing of documents from prisons, as such, the Plaintiff shall indicate on any documents submitted to the Court the date that it was dropped off in the prison for mailing. This procedure should resolve any timeliness issues.

**DATED: December 27, 2005**

                                                   **s/ Donald G. Wilkerson**
                                                 **DONALD G. WILKERSON**
                                                 **United States Magistrate Judge**