IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HORACE J. GRIFFIN**,

**Plaintiff**,

**v.**

**WARDEN WALLS, et al.**,

**Defendants.**                                                                 No. 03-0061-DRH

## ORDER

**HERNDON, Chief Judge**:

Pending before the Court are two motions for statuse [sic] filed by Griffin (Docs. 113 & 114). In both these motions, Griffin is complaining about and wanting to notify the Court and the parties of alleged conduct that he contends is illegal and that is occurring at Western Illinois Correctional Center, where he is currently housed.[1] Insofar as Griffin's motions seek relief for any alleged conduct that occurred at Western Illinois Correctional Center, the motions are denied as improper. If Griffin intends to seek relief based on the allegations contained in these

---

[1] On April 8, 2005, this Court conducted a preliminary review of Griffin's amended complaint under 28 U.S.C. § 1915A, and found that he had stated a claim against Defendants for failing to protect him from assaults by other inmates by removing him from or denying him protective custody status at Pontiac, Menard, and Lawrence Correctional Centers (Doc. 17). Also, Magistrate Judge Wilkerson held a final pretrial conference in this case, entered the Final Pretrial Order and certified this matter ready for trial on December 5, 2007 (Docs. 116, 117 & 118).

motions, he should file a separate lawsuit. Accordingly, the Court **DENIES** Griffin's motions for statuse [sic] (Docs. 113 & 114).

**IT IS SO ORDERED.**

Signed this 6th day of December, 2007.

/s/      David R Herndon

**Chief Judge**
**United States District Court**