IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HORACE J. GRIFFIN**,

**Plaintiff,**

**v.**

**WARDEN WALLS, et al.,**

**Defendants.** No. 03-0061-DRH

## ORDER

**HERNDON, Chief Judge**:

Now before the Court is Griffin's motion for a in camera inspection of Plaintiff's witness Hess Darryl (Doc. 127). On January 9, 2008, the Court entered an Order appointing Gretchen L. Wallace as counsel for Griffin (Doc. 124). The Order also stated that the Court will accept only pleadings filed by appointed counsel. This motion was filed by Griffin himself. Thus, the Court **STRIKES** Griffin's motion. **IT IS SO ORDERED**.

Signed this 28th day of January, 2008.

/s/ David R Herndon

**Chief Judge**
**United States District Court**