IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HORACE J. GRIFFIN**,

**Plaintiff,**

v.

**WARDEN WALLS, et al.,**

**Defendants.** No. 03-0061-DRH

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On January 9, 2008, the Court appointed attorney Gretchen L. Wallace to represent Griffin in this matter (Doc. 124). It has come to the Court's attention that Ms. Wallace is no longer associated with the law firm of Burroughs, Helper in Saint Louis, Missouri and that she is not practicing law full time. Consequently she will be unable to represent Griffin at this time. Thus, pursuant to 28 U.S.C. 1915(e)(1) and Local Rule 83.1(i), the Court **APPOINTS** attorney Steven M. Hamburg of Summers, Compton et al., 8909 Laude Road, Saint Louis, Missouri 63124 to represent Griffin for trial purposes only.

The Court **ADVISES** appointed counsel that pursuant to the Plan for the Administration of the District Court Fund, out-of-pocket expenses up to the sum of $1,000 may be requested and authorized for reimbursement. Further, the Court

will accept only pleadings filed by appointed counsel. The Court notes that on December 5, 2007 Magistrate Judge Wilkerson certified this case ready for trial (Doc. 118). Therefore, the Court will set this matter for trial at a later date.

**IT IS SO ORDERED**.

Signed this 6th day of February, 2008.

/s/ David R Herndon

**Chief Judge**
**United States District Court**